FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**May 15, 2026**

SEAN F. MCAVOY, CLERK

CASEY RIDGE

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| SPOKANE COUNTY, CITY OF SPOKANE VALLEY | ) |
|  | ) |

)

Civil Action No.   2:25-CV-0429-TOR

_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❏  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑  other:   Pursuant to the Court Order at ECF No 11, Plaintiff's Motion to Obtain Electronic Case Filing Authorization (ECF No. 8) is DENIED, and Plaintiff's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.
Judgment of DISMISSAL with prejudice is entered.

This action was _(check one)_:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice.

Date:  5/15/2026

_CLERK OF COURT_

s/Sean F. McAvoy

_Signature of Clerk_